UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __06/16/06__

To: United States Court of Appeals     ATTN: (xxx) CIVIL
    For the Ninth Circuit
    Office of the Clerk                            ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103         ( )JUDGE

From: Shari Fuhrer
     U.S. District Court
     222 West 7th Avenue, #4
     Anchorage, Alaska 99513

DC No: __3:04-cv-00076-RRB__            Appeal No: __05-35215__

Short title: __Sear's Life Ins. Co. v Matson__

Composition of Record

Clerk's Files in __2__ volumes   (xxx) original   ( ) certified copy

    Bulky docs. ____ volumes, docket # _____
                               (folders)

Reporter's in ____ volumes   ( ) original   ( )certified copy
Transcripts

Exhibits:   in ____ envelopes   ( ) under seal

          in ____ boxes   ( ) under seal

Other: **NOTE: Certified copy of ACMS and ECF docket enclosed**

(please note any documents filed under seal)

Acknowledgement: _____   Date: _____
"record.app" [11/21/97]