Form 10. Bill of Costs

**RECEIVED** SEP 0 5 2006

**FILED** AUG 1 1 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

United States Court of Appeals for the Ninth Circuit
BILL OF COSTS

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed with the clerk, with proof of service, within 14 days of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Sears Life Insurance Company v. Andrew G. Matson, Sr., et al.    CA No. 05-35215

The Clerk is requested to tax the following costs against: Appellant

| COST TAXABLE UNDER FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must be Completed | | | | ALLOWED To be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 9 | 11 | .14 | 13.86 | 9 | 11 | .10 | 9.90 |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 18 | 25 | .14 | 63.00 | 18 | 25 | .10 | 45.00 |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |
| | | | TOTAL | 76.86 | | | TOTAL | 54.90 |

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

*If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

**Costs per page may not exceed .20 or actual cost, whichever is less. Circuit Rule 39-1.
.10 changed 1/1/05

I, Jerret E. Sale, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Signature: _____  Date: 08/09/06
Name of Counsel: Jerret E. Sale    Attorney for: Appellee

Date:                   Costs are taxes in the amount of $ 54.90

Clerk of the Court

By: _____
    Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 3 0 2006

_____
Deputy Clerk

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th day of August, 2006, I caused to be served Appellee's Cost Bill to:

Phillip Weidner           ☐ via hand delivery.
Weidner and Associates    ☒ via first class mail.
330 L. St., Ste. 200      ☐ via facsimile.
Anchorage, AK 99501

Marc Wilhelm              ☐ via hand delivery.
Richmond & Quinn          ☒ via first class mail.
360 K St., Ste. 200       ☐ via facsimile.
Anchorage, AK 99501

I declare under penalty of perjury under the laws of the State of Washington this 9th day of August, 2006, at Seattle, Washington.

_____
Tracy Horan

3502330.1