UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
AUG 3 0 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SEARS LIFE INSURANCE COMPANY,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ANDREW G. MATSON, SR.; et al.,<br><br>Defendants - Appellants. | No. 05-35215<br>D.C. No. CV-04-00076-RRB<br><br>**ORDER** |

RECEIVED
SEP 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Mandate issued August 30, 2006 is hereby recalled as being issued prematurely.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Gerald Rosen
Deputy Clerk