UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**COSTS TAXED**

**RECEIVED**
OCT 0 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| SEARS LIFE INSURANCE COMPANY,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ANDREW G. MATSON, SR.; et al.,<br><br>Defendants - Appellants. | No. 05-35215<br>D.C. No. CV-04-00076-RRB<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 08/01/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 2 8 2006

by: _____
Deputy Clerk