UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

**RECEIVED**
**OCT 3 0 2006**
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, ALASKA**

Date: 06/16/06

To: United States Court of Appeals
For the Ninth Circuit
Office of the Clerk
95 Seventh Street
San Francisco, California 94103

ATTN: (xxx) CIVIL

( ) CRIMINAL

( )JUDGE

From: Shari Fuhrer
U.S. District Court
222 West 7th Avenue, #4
Anchorage, Alaska 99513

DC No: 3:04-cv-00076-RRB          Appeal No: 05-35215

Short title: Sear's Life Ins. Co. v Matson

Composition of Record

Clerk's Files in 2 _____ volumes  (xxx) original  () certified copy

   Bulky docs. _____ volumes, docket # _____
                                    (folders)

Reporter's in _____ volumes  () original  ()certified copy
Transcripts

Exhibits:  in _____ envelopes  () under seal

           in _____ boxes      () under seal

Other: **NOTE: Certified copy of ACMS and ECF docket enclosed** _____

_____

(please note any documents filed under seal)

Acknowledgement:_____                    Date:_____
"record.app" [11/21/97]